# Third District Court of Appeal

## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2221
Lower Tribunal No. 20-9633
_____

**Vetnah Monessar,**
Appellant,

vs.

**Whole Foods Market Group, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

International Law Partners LLP, and Yasir Billoo, and Zahra Khan (Hollywood), for appellant.

Law Offices of Charles M-P George, and Charles M-P "Chip" George; Chartwell Law, and Derek H. Lloyd, and Victoria N. Godwin-Reese (Deerfield Beach), for appellee.

Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.